UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER RESTO, | CIVIL ACTION NO. |
|    Plaintiff                      : | 3:15-cv-01484-RNC |
|                           : | |
| v.                            : | |
| THREE THREE THREE BROAD, LLC   : | |
| d/b/a STAR AUTO SALES and         : | |
| PERSIAN ACCEPTANCE CORP.,      : | |
|    Defendants                : | FEBRUARY 8, 2016 |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Jennifer Resto, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

                                    PLAINTIFF, JENNIFER RESTO

                                    By: /s/ *Daniel S. Blinn*
                                          Daniel S. Blinn (ct02188)
                                          dblinn@consumerlawgroup.com
                                          Consumer Law Group, LLC
                                          35 Cold Spring Rd. Suite 512
                                          Rocky Hill, CT  06067
                                          Tel. (860) 571-0408
                                          Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 8th day of February, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
Daniel S. Blinn